A. Anderson et al., Appellees and Cross Appellants, v. Sanitary District of Chicago, Appellant and Cross Appellee.

Gen. No. 40,293.

Heard in second division, first district, at October term, 1938; opinion filed February 23, 1940. Ernest Buehler, Lawrence J. Fenlon and William C. Oehlsen, for appellant; John F. Collins and Edward H. S. Martin, for appellees. Opinion by Justice SCANLAN. "Not to be published in full."